397 A.2d 1247

Commonwealth v. Dill, Appellant.

Submitted December 6, 1977.   Jay Meyers, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.